Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue
New York, New York 10017
Tel: (212) 953-2381

-------------------------------------------------------X

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

SEA CHANGE INTERNATIONAL, INC.

                                        :     **Rule 7.1 Notice**

        Plaintiff,

                                        :     Docket No.: 07-CIV-9705.:

    -against-

                                        :

FEDERAL EXPRESS COMPANY.    :

        Defendants.

-------------------------------------------------------X

     Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SEA CHANGE INTERNATIONAL, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                                  NONE

Date: October 31, 2007

                                                     _____
                                                           Signature of Attorney

                                                       Attorney Bar Code: 2076