UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CHANGE INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL EXPRESS COMPANY. <br><br> Defendant. | CIVIL ACTION NO. 07-CIV-9705 |

## RULE 7.1 DISCLOSURE

OLIVIA M. GROSS, a member with the firm of NEWMAN FITCH ALTHEIM MYERS, P.C., attorneys for defendant FEDERAL EXPRESS CORPORATION ("FedEx"), improperly pled by Plaintiff Sea Change International, Inc. ("Plaintiff") as FEDERAL EXPRESS COMPANY, by and pursuant to Rule 7.1 of the Federal Rules of Civil Procedures hereby certifies that the following are corporate parents, affiliates and/or subsidiaries of sued party which are publicly held:

See annexed list.

The only parties who the undersigned knows to have any interest in the

outcome of the action on behalf of the removing defendant are those listed.

Dated: New York, New York
      January 3, 2008 2007

                Respectfully Submitted,

                Attorney for Defendant
                FEDERAL EXPRESS CORPORATION,
                i/s/h/a FEDERAL EXPRESS COMPANY

                Olivia M. Gross, Esquire [OMG-6008]
                14 Wall Street - 22nd Floor
                New York, New York 10005-2101
                Telephone: (212) 619-4350
                File No.: FDX 16174

## FEDEX CORPORATION

1. Federal Express Corporation

    I. <u>Federal Express Aviation Services, Incorporated</u>

        A. Federal Express Aviation Services International, Ltd.

    II. <u>Federal Express Canada Ltd.</u>

    III. <u>Federal Express International, Inc.</u>

        A. Dencom Investments Limited

            1. Dencom Freight Holdings Limited

                a. F.E.D.S. (Ireland) Limited

                b. Federal Express (N.I.) Limited

                c. Fedex (Ireland) Limited

        B. Federal Express (Australia) Pty Ltd.

        C. Federal Express Europe, Inc.

            1. Federal Express (Austria) GmbH

            2. Federal Express Corporation Finland Oy

            3. Federal Express Europe, Inc. & Co., V.O.F./S.N.C.

            4. Federal Express European Services, Inc.

            5. FedEx Supply Chain Services Europe B.V.

                a. FedEx Supply Chain Services Belgium B.V.B.A.

                b. FedEx Supply Chain Services France SARL

                c. FedEx Supply Chain Services Germany GmbH

                d. FedEx Supply Chain Services Ireland Limited

                e. FedEx Supply Chain Services Italy S.r.L.

                f. FedEx Supply Chain Services Netherlands B.V.

                g. FedEx Supply Chain Services UK Limited

    D. Federal Express Europlex, Inc.

    E. Federal Express Finance P.L.C.

    F. Federal Express Holdings S.A.

        1. Federal Express (Antigua) Limited

        2. Federal Express (Antilles Francaises) S.A.R.L.

        3. Federal Express (Barbados) Limited

        4. Federal Express (Bermuda) Limited

        5. Federal Express Cayman Limited

        6. Federal Express Costa Rica, Limitada

        7. Federal Express (Dominicana) S.A.

            a. Inversiones Sagitario, S.A.

        8. Federal Express Entregas Rapidas, Ltd.

        9. Federal Express (Grenada) Limited

        10. Federal Express (Haiti) S.A.

        11. Federal Express Holdings (Mexico) y Compania S.N.C. de C.V.

        12. Federal Express (Jamaica) Limited

        13. Federal Express (St. Kitts) Limited

        14. Federal Express (St. Lucia) Limited

        15. Federal Express (St. Maarten) N.V.

            a. Federal Express (Aruba) N.V.

        16. Federal Express (Turks & Caicos) Limited

        17. Federal Express Virgin Islands, Inc.

        18. FedEx (Bahamas) Limited

        19. FedEx Transportes Expresos (Guatemala) Limitada

    G. Federal Express International (France) SNC

      H. Federal Express International Limited

      I. Federal Express International y Compania S.N.C. de C.V.

      J. Federal Express Italy Inc.

      K. Federal Express Japan K.K.

      L. Federal Express Korea Co., Ltd.

      M. Federal Express Luxembourg, Inc.

      N. Federal Express Pacific, Inc.

          1. Federal Express Services (M) Sdn. Bhd.

          2. The Flying Tiger Line, Limited

          3. Udara Express Courier Services Sdn. Bhd.

      O. Federal Express Parcel Services Limited

      P. Federal Express (Singapore) Pte. Ltd.

      Q. Federal Express (Thailand) Limited

      R. Federal Express (U.K.) Limited

          1. Federal Express (U.K.) Pension Trustees Ltd.

      S. FedEx (Mauritius) Ltd.

      T. Fedex (N. I.) Limited

      U. FedEx Supply Chain Services International, Inc.

          1. FedEx Supply Chain Services Korea, Inc.

          2. FedEx Supply Chain Services International Pte, Ltd.

      V. Winchmore Developments Ltd.

          1. Concorde Advertising Limited

IV. <u>Federal Express Leasing Corporation</u>

V. <u>Fedex Customs Brokerage Corporation</u>

VI. <u>Fedex FSC Corporation</u>

  VII. FEDEX Partners, Inc.

  VIII. FedEx Peak Employee Services, Inc.

  IX. FedEx Spain, S.L.

  X. Flying Tigers Limited

  XI. The Flying Tiger Line (NZ) Limited

  XII. Tiger International Insurance Ltd.

2. Caliber System (Canada), Inc.

3. FedEx Corporate Services, Inc.

  I. FedEx Internet Technologies Corporation

  II. FedEx Supply Chain Services, Inc.

    A. FedEx Supply Chain Services (Canada), Ltd.

    B. Caliber Logistics de Mexico, S.A. de C.V.

    C. Caliber Logistics Healthcare, Inc.

4. FedEx Custom Critical, Inc.

  I. AutoQuik, Inc.

  II. FedEx Custom Critical, N.V.

  III. FedEx Custom Critical B.V.

    A. FedEx Custom Critical, S.r.L.

  IV. FedEx Custom Critical GmbH

  V. FedEx Custom Critical SARL

  VI. FedEx Custom Critical, S.L.

  VII. FedEx Custom Critical UK, Inc.

  VIII. Passport Transport, Ltd.

    A. AutoTransExpress, Inc.

    B. eTransAuto.com, L.L.C.

  IX. Third Party Services, Inc.

      X. <u>Transportation Technologies, Inc.</u>

      XI. <u>UrgentFreight, Inc.</u>

5. **FedEx Freight Corporation**

    I. <u>Viking Freight, Inc.</u>

      A. Bay Cities Diesel Engine Rebuilders, Inc.

      B. Viking de Mexico, S.A. de C.V.

    II. <u>American Freightways, Inc.</u>

      A. American Freightways de Mexico, S.A. de C.V.

      B. A.F. Logistica de Mexico, S.A. de C.V.

      C. Tran-Support, Inc.

        1. Razorback Servicios de Mexico, S.A. de C.V.

    III. <u>FedEx Freight System, Inc.</u>

6. **FedEx Global Logistics, Inc.**

7. **FedEx Ground Package System, Inc.**

    I. <u>FedEx Ground Package System, Ltd.</u>

    II. <u>RPS de Mexico, S.A. de C.V.</u>

    III. <u>RPS Urban Renewal Corporation</u>

8. **FedEx Trade Networks, Inc.**

    I. <u>Caribbean Transportation Services, Inc.</u>

    II. <u>FTN Consulting, Inc.</u>

    III. <u>Tower Group International, Inc.</u>

      A. Tower Group International Canada Inc.

      B. Tower International Holdings, Inc.

    IV. <u>World Tariff, Limited</u>

9. Roadway Global Air, Inc.

   I. Roadway Global Air International, Inc.

      A. Roadway Global Air, S.r.L.

3/28/02
430434

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Rule 7.1 Statement was served via first class mail service, this 3rd day of January, 2008 to:

> Patrick J. Corbett, Esq.
> RUBIN, FIORELLA & FRIEDMAN LLP
> 292 Madison Avenue
> New York, New York 10017

_____
Olivia M. Gross, Esq.