Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue
New York, New York 10017
Tel: (212) 953-2381

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

------------------------------------------------X
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X
SEA CHANGE INTERNATIONAL, INC.

                            :      **JOINT ~~PROPOSED~~ SCHEDULING ORDER**

      Plaintiff,

                            :      Docket No.: 07CV9705 (RJH)

  -against-

                            :
FEDERAL EXPRESS COMPANY.  :

      Defendants.
------------------------------------------------X

Plaintiff, Sea Change International, Inc., and Defendant, Federal Express Corporation, by and through their respective counsel, propose the following scheduling order in this matter.

    1.    Description of the case

        (a)    Plaintiff: Rubin, Fiorella & Friedman, LLP, by Patrick J. Corbett, Esq.,

                Defendant: Newman, Fitch, Altheim & Myers by Olivia Gross, Esq.

        (b)    Basis for federal jurisdiction: 28 U.S.C. §1331, breach of contract for failure to deliver air cargo in interstate commerce.

  (c) Claims and Counterclaims:

  Plaintiff: Defendant, after agreeing to transport, delivered the cargo in a damaged condition; accordingly, Defendant is liable for the value of the damaged cargo, in the amount of $71,126.88.

  Defendant: Failure to file claim timely; and limitations of liability in the contract of carriage.

  (d) Legal Issue: Whether claim was filed timely and whether limitations of liability apply.

  Factual Issue: Whether claim was timely and properly filed and the amount of damages, if any.

  (e) Relief sought: Payment of value of damages.

2. (a) There are no pending motions.

  (b) Cut off date for joinder of additional parties: April 7, 2008.

  (c) Cut off date for amendment to pleadings: April 7, 2008.

  (d) (i) Rule 26 (a)(1) disclosure: by March 31, 2008.

  (ii) Fact discovery completion date: September 7, 2008.

  (iii) Rule 26 (a)(2) disclosures (including expert reports):

   Plaintiff, by September 30, 2008.

   Defendant, by October 30, 2008.

  (iv) Expert depositions to be completed by November 30, 2008.

  (e) Dispositive motions by December 30, 2008.

  (f) Pre-trial Order by November 30, 2008.

  (g) Trial schedule

    (i) No jury trial

    (ii) 1 day

    (iii) February 15, 2009.

3. Plaintiff/Defendant counsel are consulting with their respective clients and will advise within 30 days whether or not they consent to trial by a Magistrate Judge.

4. No settlement discussion have been had. The parties request a settlement conference.

5. A status conference shall be held on Sept. 12, 2008 at 10:00 a.m.

Dated: New York, New York
February 27, 2008

        Respectfully submitted,

        **RUBIN, FIORELLA & FRIEDMAN LLP**
        Attorneys for Plaintiff
        SEA CHANGE INTERNATIONAL, INC.

        By: _____
        Patrick J. Cornett, Esq. (PC2076)
        James E Mercante, Esq. (JM 4231)
        292 Madison Avenue
        New York, New York 10017
        (212) 953-2381
        Our File No.: 524-8901

NEWMAN FITCH ALTHEIM MYERS, P.C.
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION
Incorrectly sued as Federal Express Company

By: _____
Olivia M. Gross, Esq. [OMG 6008]
14 Wall Street, 22nd Floor
New York, NY 10005
Telephone: 212-619-4350
Fax: 212-619-1522

Of Counsel:

Edward L. Stanton, II, Esq.
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone: 901-434-8038
Fax: 901-434-4523


**SO ORDERED:**

_____
Honorable Richard J. Holwell
3/12/08