*MAAS, MAG*

05/23/2008 17:26 FAX 2126056724        JUDGE MAAS                    ☒002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SEA CHANGE INTERNATIONAL, INC.

                Plaintiff(s),        ORDER OF DISCONTINUANCE

        -against-                              07Civ.9705 (RJH)(FM)

FEDERAL EXPRESS COMPANY

                Defendant(s).        **ORIGINAL**
-------------------------------------------------------x

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with~~out~~ prejudice and ~~with~~ without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED: ~~New York, New York~~
       May 23     , 2008

                                               FRANK MAAS      6/9/08
                                       United States Magistrate Judge

RUBIN, FIORELLA & FRIEDMAN LLP          NEWMAN FITCH ALTHEIM MYERS, P.C.
By: PATRICK J. CORBETT                  By: OLIVIA M. GROSS

Attorney(s) for Plaintiff               Attorney(s) for Defendant
292 Madison Avenue                      14 Wall Street
New York, NY 10017                      New York, NY 10005

Agreed and Consented to:                Agreed and Consented to:

Subrogee for
SEA CHANGE INTERNATIONAL, INC.          FEDERAL EXPRESS COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08